**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-2 | E1725356 | MARTINEZ, A | 4496 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 12/28/2023 0031 | CVC 23152(a) |

Place of Offense:
SAN ONOFRE GATE, CAMP PENDLETON, CA 92672

Offense Description: Factual Basis for Charge   HAZMAT ☐
DRIVING UNDER THE INFLUENCE

**DEFENDANT INFORMATION**

Last Name: YERZYK
First Name: MEGHAN
M.I.: E

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7NLB353 | CA | 24 | VW PASSAT | | SILVER |

APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
$30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
221 W. BROADWAY
SAN DIEGO, CA 92101

Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [REDACTED] (†)

Original - CVB Copy
*E1725356*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 28 DECEMBER, 20 23 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

UPON CONTACT WITH YERZYK I OBSERVED HER TO BE SLURRING HER WORDS AND STRUGGLING TO REMAIN STANDING. I THEN CONDUCTED STANDARDIZED FIELD SOBRIETY TEST ON YERZYK TO WHICH SHE FAILED. YERZYK GOT 6 CLUES DURING THE HORIZONTAL GAZE NYSTAGMUS TEST, 7 CLUES DURING THE WALK AND TURN TEST, AND 4 CLUES DURING THE ONE LEG STAND TEST.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12 28 2023   Officer's Signature: [signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/18/2024 15:35